# Court of Appeals
# of the State of Georgia

ATLANTA,  July 12, 2023

*The Court of Appeals hereby passes the following order:*

**A23I0250. ANTHONY GIROUX et al. v. JAMIE COTHRAN.**

Applicants Anthony Giroux and Gerry Giroux have filed a motion to withdraw this application for interlocutory review. Upon consideration of said motion, it is hereby GRANTED, and the application is deemed WITHDRAWN.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/12/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*